

11/9/16

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

OCT 26 2016

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| JUAN SANCHEZ | § | C-16-848 |
| AKA MANNY SANCHEZ | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 25, 2016, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**JUAN SANCHEZ
AKA MANNY SANCHEZ,**

after having been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting foreign and interstate commerce one (1) firearm, to wit: a Jimenez Arms, Model J.A. Nine, 9mm caliber pistol, serial number 012692.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
LANCE WATT
Assistant United States Attorney