SEALED 11/9/16
UNSEALED

| U.S. Department of Justice | Criminal Docket |
| Washington, D.C. | Presented in Corpus Christi |

Corpus Christi Division
Magistrate No.: _____

File:     INDICTMENT

Filed:    October 26, 2016
County:   Nueces

LIONS #: 2016R20870

CR. No.: **C-16-848**

**JUDGE NELVA GONZALES RAMOS**

Judge: _____

Attorneys:

United States of America

v.

JUAN SANCHEZ

AKA MANNY SANCHEZ

KENNETH MAGIDSON, U.S. ATTORNEY
LANCE WATT, ASST. U.S. ATTORNEY
GRAND JURY ACTION          APP'D   RET

**PLEASE INITIAL**

| TRUE BILL: | _____ |
| NO BILL:   | _____ |

Charge(s):   Ct. 1:  Did knowingly possess a firearm while a convicted felon in and affecting foreign and interstate commerce:  18 USC 922(g)(1) and 924(a)(2).

Total Counts: (1)

Penalty:   Ct. 1:  Not more than 10 years imprisonment, or a fine of not more than $250,000, or both; Not more than 3 years SRT; and, a $100 Special Assessment.

In Jail: _____

On Bond: _____

No Arrest:   Arrest Warrant will be filed