UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

OCT 26 2016

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NUMBER **SEALED** |
| v. | § | |
| | § | **C-16-848** |
| JUAN SANCHEZ | § | |
| AKA MANNY SANCHEZ | § | |

## GOVERNMENT'S MOTION FOR ISSUANCE OF ARREST WARRANT

COMES NOW the United States of America through Kenneth Magidson, United States Attorney in and for the Southern District of Texas, and respectfully requests the Honorable Court to issue a warrant for the arrest of JUAN SANCHEZ, aka MANNY SANCHEZ, pursuant to an Indictment filed on October 26, 2016. The Government moves for the defendant's detention without bond.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
LANCE WATT
Assistant United States Attorney