United States Courts
Southern District of Texas
FILED

JAN 05 2017

David J. Bradley, Clerk of Court

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America | Corpus Christi Division |
| v. | Criminal No. 2:16-CR-848 |
| JUAN SANCHEZ<br>AKA MANNY SANCHEZ | **EXHIBIT LIST**<br>Suppression Hrg 1-5-17 |
| List of United States of America | AUSA: LANCE WATT |
| Judge:<br>NELVA GONZALES RAMOS | Clerk:<br>BRANDY CORTEZ | Reporter: G. Rogan |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1 | Audio Recording – 911 Call | ✓ | | ✓ | 1-5-17 |
| 2 | Video Recording – Dash cam (Lt. Kless) | ✓ | | ✓ | 1-5-17 |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |