UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                 Case Number: 2:16−cr−00848

Juan Sanchez

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 3/6/2017

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Jury Selection
Jury Trial

Date:   February 17, 2017

David J. Bradley, Clerk