United States District Court
Southern District of Texas
**ENTERED**
March 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CASE NO. C-16-848 |
| JUAN SANCHEZ | § | |

## ORDER DISMISSING ORIGINAL INDICTMENT

It is hereby ORDERED that the above-entitled and numbered Original Indictment be **DISMISSED**, as to the above named Defendant.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

DONE on this _____ day of 3/20/17, 2017.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE