UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:16-CR-848 |
| | § | |
| JUAN SANCHEZ | § | |

## NOTICE REGARDING EXHIBITS

The offering party must take possession of the exhibits submitted into evidence in this case by 7/11/2017.  If the exhibits are not retrieved by the deadline, they will be destroyed without further notice, and the expenses incurred will be taxed against the offering party. *See* Local Rule 55.2.C.

Description of Exhibits:

Government's exhibits 1-2 admitted on 1/5/2017.

If you have any questions regarding the status of these exhibits, contact the Clerk's Office at (361) 888-3142.

Date: June 27, 2017

By: Brandy Cortez
Deputy Clerk