UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JUN 28 2017

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:16-cr-848 |
| | § | |
| JUAN SANCHEZ | § | |

RECEIPT FOR WITHDRAWAL OF EXHIBITS

| ☑ Hearing  ☐ Trial<br>☐ Plaintiff  X Government  ☐ Defendant | |
|---|---|
| Exhibit # | Brief Description of Exhibit |
| 1-2 | ADM ON 1/5/17 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Received by: _DEBRA Honk fon_
(Print Name)

Attorney for: _Lance Watt_
(Plaintiff/Defendant/Other Party)

_06/28/17_
(Date)

_____
(Signature)